UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDREW BARBARESI,
     Plaintiff,

vs.                                Case No.: 3:20cv3656/LAC/EMT

LARRY ASHLEY, OKALOOSA
COUNTY SHERIFF, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

     This matter is before the court upon referral from the clerk.   Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).   Plaintiff subsequently filed an Amended Complaint and a Second Amended Complaint (ECF Nos. 6, 12).   Upon review, the court determined Plaintiff's Second Amended Complaint failed to support a viable claim for relief against the only identified Defendant (ECF No. 21).   Thus, on November 17, 2020, the court allowed Plaintiff an opportunity to cure the deficiencies by filing a third amended complaint (*id.*).   The undersigned advised that failure to comply with the court's order as instructed would result in a recommendation that the case be dismissed.

After Plaintiff failed to comply within the time allowed, the court entered an order on January 5, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 22).   The court again advised that failure to comply with the order would result in a recommendation that the case be dismissed.   The time for compliance with the show cause order has now elapsed, and Plaintiff has not filed a third amended complaint.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 16<u>th</u> day of February 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.   An objecting party must serve a copy of the objections on all other parties.   A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**